UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JEFFREY WALSTON; JACQUELINE WALSTON; JOHN DANIELS; PAULA DANIELS; and KRISTI KOKES IRA,[1] | Case No.: 3:09-CV–122-AC |
| | JUDGMENT |
| Plaintiffs/Garnishors, | |
| v. | CONSOLIDATED CASES: |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation and a member company of American International Group, Inc., | Case No.: 3:10-CV–579-AC<br>Case No.: 3:10-CV–6126-AC |
| Defendant/Garnishee. | |

---

[1] The court has included in the caption only those plaintiffs currently before the court and affected by this Judgment, not those remanded to state court or never removed to this court.

BASIN SUPERIOR INVESTMENTS, LLC;
JIE LIU; LAN CHEN; DOUGLAS
HAMBLEY; CHARLING HAMBLEY;
DAVID McKENZIE; HEIDI McKENZIE;
KEITH J. MILLER; SANDY MILLER;
LYNN OSBORN; KATHERINE OSBORN;
POLARIS INVESTMENTS, LLC; ROBERT
THIBEDEAU; BRUCE VAN ETTEN;
ESTATE OF MELBOURNE YATES;
and SHIRLEY YATES;

                Plaintiffs/Garnishors,

v.

JOSEPH A. LaCOSTE; JOENE LaCOSTE;
ANGELA McCOY; ANTHONY TUOMI;
PETER MARTIN; MARTIN CO., INC.;
TIMOTHY D. SMITH; ANDREW J. BEAN;
WEATHERFORD THOMPSON COWGILL
BLACK & SCHULTZ, PC; WILLIAM C.
DUVAL; DUVAL BUSINESS LAW, PC;
STATE FARM INVESTMENT
MANAGEMENT CORP.; and STATE FARM
VP MANAGEMENT CORP.,

                Defendants,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

                Garnishee.

---

JEFFREY WALSTON; JACQUELINE
WALSTON; JOHN DANIELS; PAULA
DANIELS; and KRISTI KOKES IRA,

                Plaintiffs/Garnishors,

v.

JOSEPH A. LACOSTE; CRAIG E. SWEET; WALTER LUDTKE; ANGELA McCOY; PETER MARTIN; THE MARTIN COMPANY; TIM SMITH; LUNA YAN; ANTHONY TUOMI; WILLAM C. DUVAL; WEATHERFORD THOMPSON COWGILL BLACK & SCHULTZ, PC; SANTA CLARA HOMES, LLC; NEWPROT BRIDGE VIEW, LLC; 21st AVENUE, LLC; FISHERMAN'S WHARF, LLC; GIBSON HILL ESTATES, LLC; WILLAMETTE VILLAGE BUSINESS CENTER, LLC; WISTERIA ESTATES, LLC; STRAWBERRY FIELDS, LLC; STOLTZ HILL ESTATES, LLC; McMINNVILLE CORNERS, LLC; NORTH POINT ESTATES, LLC; WILLAMETTE DEVELOPMENT SERVICES, LLC; STATE FARM INVESTMENT MANAGEMENT CORP.; and STATE FARM VP MANAGEMENT CORP.,

          Defendants,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

          Garnishee.

ACOSTA, Magistrate Judge:

Pursuant to the Opinion and Order filed June 6, 2012, granting National Union's motions for summary judgment, the court finds this case has been fully resolved. Accordingly,

IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without costs or fees to any party; (2) pending motions, if any, are DENIED as moot; and (3) all

scheduling dates shall be vacated and stricken from the calendar.

DATED this 6th day of June, 2012.

/s/ John V. Acosta

JOHN V. ACOSTA
United States Magistrate Judge